# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Tellez, Donna S*                                                    Case No. *1:14-bk-14899*
                                                                           Chapter  *7*

_____ / Debtor

Attorney for Debtor:   *George M. Stuhr*


## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.


Date: *4/22/2014*                                          */s/ Tellez, Donna S*
                                                           Debtor

| | | |
|---|---|---|
| ACS/CLC COLLEGE LOAN C<br>501 BLEECKER ST<br>UTICA NY  13501 | GECRB/SAMS CLUB DC<br>PO BOX 965005<br>ORLANDO FL  32896 | MCYDSNB<br>9111 DUKE BLVD<br>MASON OH  45040 |
| ACS/SUNTRUST BANK<br>501 BLEECKER ST<br>UTICA NY  13501 | GEORGE M   STUHR<br>54 N  OTTAWA STREET<br>JOLIET IL  60432 | MEDICAL BUSINESS BUREAU<br>P O  BOX 1219<br>PARK RIDGE IL  60068 |
| ALLIED INTERSTATE<br>P O  BOX 1954<br>JOLIET IL  60435-5921 | GREEN TREE SERVICING L<br>332 MINNESOTA ST STE 610<br>SAINT PAUL MN  55101 | PMI DIAGNOSTIC IMAGING<br>7600 W COLLEGE DR<br>PALOS HEIGHTS IL  60463-125 |
| ATI PHYSICAL THERAPH<br>P O  BOX 371863<br>PITTSBURGH PA  15250 | HEALTHCARE ASSOC CR UN<br>1151 E WARRENVILLE RD<br>NAPERVILLE IL  60563 | PNC BANK  N A<br>1 FINANCIAL PKWY<br>KALAMAZOO MI  49009 |
| BANK OF AMERICA<br>PO BOX 982235<br>EL PASO TX  79998 | IGS ENERGY<br>P O  BOX 8003<br>DUBLIN OH  43016 | ROSSMAN & COMPANY<br>P O  BOX 29917<br>COLUMBUS OH  43229-7517 |
| CHASE<br>PO BOX 15298<br>WILMINGTON DE  19850 | JOEL A   TELLEZ<br>1720 N KEDZIE AVE<br>APT J<br>CHICAGO IL  60647 | SALLIE MAE<br>PO BOX 9655<br>WILKES BARRE PA  18773 |
| COMENITY BANK/BERGNERS<br>3100 EASTON SQUARE PL<br>COLUMBUS OH  43219 | KATHERINE TELLEZ<br>1700 W  HICKORY GROVE LOAD<br>APT 9-207<br>DUNLAP IL  61525 | SAM CLUB<br>P O  BOX 960013<br>ORLANDO FL  32896-0013 |
| COMPUTER CREDIT INC<br>CLAIM DEPT 003482<br>640 WEST FOURTH STREET<br>WINSTON SALEM NC  27113-153 | LENDKEY/ASPIRE FCU<br>67 WALNUT AVE STE 104<br>CLARK NJ  07066 | SUMMIT HOME HEALTH<br>915 HARGER RD   STE 102<br>OAK LAWN IL  60453 |
| ELMHURST MEMORIAL HEALTHCAR<br>P O  BOX 4052<br>CAROL STREAM IL  60197 | LOAN TO LEARN<br>45610 WOODLAND RD STE 37<br>STERLING VA  20166 | TELLEZ   DONNA S<br>507 MACK STREET<br>JOLIET IL  60435 |